# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANATOLY YELIN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LOUIS B. SWARTZ, ESQUIRE, and | : | NO. 11-00089 |
| SWARTZ, LOVEJOY & ASSOCIATES, LLP, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *23rd* day of *March*, 2011, upon consideration of Defendants Louis B. Swartz, Esquire and Swartz, Lovejoy & Associates LLP's Motion to Dismiss Plaintiff Anatoly Yelin's Complaint (Docket No. 6), and Plaintiff's Response in Opposition (Docket No. 8), it is hereby **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint is **DENIED** in its entirety.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.